**Ronjalo J. DIXON, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 50791.**

Missouri Court of Appeals, Western District.

Nov. 7, 1995.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. Lahue, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BERREY, J., and TURNAGE, Senior Judge.

PER CURIAM.

### ORDER

Appeal from the denial of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).